UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                      Case No. 15−30279
                                                           Chapter 13
Hattie C. Harris,

    Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *U. S. Department of Education c/o Federal Loan Services (Claim #5)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated February 13, 2018

William R. Sawyer
United States Bankruptcy Judge